UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ELIZABETH ANNE HATLEY,**

      **Plaintiff,**

v.                                      Case No.   6:23-cv-55-ACC-LHP

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on an appeal from the final decision of the Commissioner of Social Security denying Plaintiff Elizabeth Anne Hatley's application for Disability Insurance Benefits and Supplemental Security Income.

The United States Magistrate Judge has submitted a report recommending that the final decision be affirmed pursuant to sentence four of 42 U.S.C. § 405(g).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 1, 2024 (Doc. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  The final decision of the Commissioner of Social Security denying Plaintiff's application is hereby **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

3.  The Clerk is **DIRECTED** to enter judgment accordingly.

4.  The Clerk is **DIRECTED** to **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on February 23, 2024.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record